UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL ARTHUR SABET,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF ENERGY, et al.,

                Defendants.

24-CV-6915 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 31, 2008, Plaintiff was barred from filing any new actions without first obtaining from the Court leave to file. *See S.A. Godowner v. Footlocker, Inc.*, No. 07-CV-11042 (KMW) (S.D.N.Y. Jan. 31, 2008), *appeal dismissed*, No. 08-1068-cv (2d Cir. May 29, 2008).[1] Plaintiff files this new case *pro se* and without the filing fees, but he has not sought leave from the Court to file this action. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the January 31, 2008, judgment.[2]

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall enter.

Dated:    September 19, 2024
              New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge

---

[1] Plaintiff has used both the names Sabet and Godowner. *See S.A. Godowner*, No. 07-CV-11042 (KMW); *Sabet v. Doe, Owner of Wordmark "Footlocker Inc.*," No. 07-CV-5882 (DAB) (S.D.N.Y. June 21, 2007) (dismissed for failure to state a claim on which relief may be granted); *Godowner v. Footlocker, Inc.*, No. 08-CV-0338 (KMW) (S.D.N.Y. Jan 15, 2008) (voluntarily withdrawn).

[2] Even if Plaintiff had complied with the prefiling injunction, this suit is not a departure from Plaintiff's pattern of frivolous and non-meritorious litigation.