UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL ARTHUR SABET,

Choose an item.,

-against-

UNITED STATES DEPARTMENT OF ENERGY, ET AL.,

Choose an item..

24 **CIVIL** 6915(LTS)

**CIVIL JUDGMENT**

For the reasons stated in the Order of dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 20, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge